UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE GORDON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>OFFICE OF THE INSPECTOR GENERAL, )<br>)<br>Respondent, )<br>)<br>In re: )<br>)<br>BANK OF AMERICA CREDIT CARD )<br>SERVICES. ) | Case No. C10-574-RSL-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

(1)  The Court adopts the Report and Recommendation; and

(2)  Petitioner's motion is DENIED and this case is DISMISSED without prejudice.

///

///

ORDER OF DISMISSAL - 1

1   The Clerk of Court is directed to close this case and to send copies of this Order to petitioner
2   and to Judge Tsuchida.
3   DATED this 26th day of April, 2010.

                                    Robert S. Lasnik
                                    United States District Judge

ORDER OF DISMISSAL - 2